## HEMAN BROWN, JR., *versus* LOWRIN MARSH

JOURNAL ENTRIES (1824): *Journal 3:* (1) Motion to quash writ filed *p. 473; (2) motion for nonsuit *p. 474; (3) writ quashed *p. 478.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) motion to quash writ.
*1822–23 Calendar*, MS p. 120.

## HEMAN BROWN, JR., ASSIGNEE, ETC., *versus* LOWRIN MARSH, THOMAS WILSON, HARRY CONANT, A. C. CHAPMAN AND SILAS LEWIS

JOURNAL ENTRIES (1824): *Journal 3:* (1) Writ quashed *p. 475.
PAPERS IN FILE: (1) Summons and return; (2) affidavit of Wolcott Lawrence.
*1822–23 Calendar*, MS p. 159.

## UNITED STATES *versus* JOHN GARLAND

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Appearance, writs of habeas corpus and certiorari with returns produced in open court *p. 475; (2) plea of not guilty *p. 485; (3) motion for discharge *p. 508; (4) recognizance discharged, recognizance taken *p. 514. *Journal 4:* (5) Complainant called MS p. 35: (6) nolle prosequi MS p. 46.